UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL E. LEWIS,

                              Plaintiff,

        -against-

OSBOURNE ASSOCIATION,

                              Defendant.

26-cv-0270 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the March 05, 2026, order, this action is dismissed.


SO ORDERED.

  Dated:    April 23, 2026
            New York, New York


                                        /s/ Louis L. Stanton
                                        Louis L. Stanton
                                        United States District Judge