UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rachel E. Lewis,

Plaintiff,

-against-

Osborne Association,

Defendant.

26-CV-270 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed in the conference today, Osborne Association's deadline to respond to Ms. Lewis' complaint is extended by 14 days. The response is due on or before October 13, 2026. The Court will separately refer this case for court ordered mediation.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge